**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-60166-CIV-DAMIAN**

**YUNIEL TORRES-MARTINEZ**,

     Petitioner,

v.

**ASSISTANT DIRECTOR**, *et al.*,

     Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Petitioner's Status Report ("Report") [ECF No. 10], filed on February 27, 2026. In the Report, Petitioner, Yuniel Torres-Martinez ("Petitioner"), indicates that on February 20, 2026, Petitioner was released from Broward Transitional Center and placed in the Intensive Supervision Appearance Program, thus rendering a bond hearing unnecessary. *See generally* Rpt. With Petitioner's release from custody, it appears that the custody issue upon which the initial Petition for Writ of *Habeas Corpus* [ECF No. 1] was predicated has been resolved, and no further matters relating to the Petition remain for this Court's review and adjudication. In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 2nd day of March, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record